# United States Court of Appeals for the Federal Circuit

——————————

October 21, 2019

**ERRATUM**

——————————

Appeal No. 2018-1367

**INTELLECTUAL VENTURES I LLC,
INTELLECTUAL VENTURES II LLC,**
*Plaintiffs-Appellees*

**INVENTION INVESTMENT FUND II, LLC,
INTELLECTUAL VENTURES MANAGEMENT, LLC,
INVENTION INVESTMENT FUND I, L.P.,**
*Third Party Defendants-Appellees*

**v.**

**CAPITAL ONE FINANCIAL CORPORATION,
CAPITAL ONE BANK (USA), NATIONAL
ASSOCIATION, CAPITAL ONE, NATIONAL
ASSOCIATION,**
*Defendants/Third Party Plaintiffs-Appellants*

——————————

Decided: September 10, 2019
Precedential Opinion

——————————

Please make the following change:

Page 24, line 35: Omit the word "Citing."